# REGISTER OF ACTIONS
### CASE NO. 24-001478-SC



| | | | |
|---|---|---|---|
| JONATHAN WRIGHT Vs. EQUIFAX INFORMATION SERVICES LLC | § § § § § § | Case Type: | SMALL CLAIMS 3 $501 - $2,500 |
| | | Date Filed: | 02/20/2024 |
| | | Location: | South |
| | | Judicial Officer: | SMALL CLAIMS JUDGE, SOUTH |
| | | UNIFORM CASE NUMBER: | 522024SC001478XXSCSC |

## PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| DEFENDANT | EQUIFAX INFORMATION SERVICES LLC | | |
| | 1201 HAYS ST | | |
| | TALLAHASSEE, FL 32301 | | |
| | | | |
| PLAINTIFF | WRIGHT, JONATHAN | | FETHULLAH GULEN |
| | 2124 W KENNEDY BLVD | | 2124 W KENNEDY BLVD |
| | SUITE A | | SUITE A |
| | TAMPA, FL 33606 | | TAMPA, FL 33606 |
| | | | 813-567-1230(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 03/20/2024 | **SMALL CLAIMS PRE-TRIAL** (10:15 AM) (Judicial Officer SMALL CLAIMS JUDGE, SOUTH) | |
| 03/04/2024 | **SUMMONS - SERVED**          Doc # 4 | |
| | 02262024 | |
| | Party: EQUIFAX INFORMATION SERVICES LLC | |
| 02/20/2024 | **CIVIL COVER SHEET - E-FILED**          Doc # 1 | |
| 02/20/2024 | **COMPLAINT WITH DEMAND FOR JURY TRIAL**          Doc # 2 | |
| | WITH ATTACHMENTS | |
| 02/20/2024 | **REQUEST FOR SUMMONS**          Doc # 3 | |

## FINANCIAL INFORMATION

**PLAINTIFF** WRIGHT, JONATHAN



| | |
|---|---|
| Total Financial Assessment | 185.00 |
| Total Payments and Credits | 185.00 |
| **Balance Due as of 03/13/2024** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 02/21/2024 | Transaction Assessment | | | 185.00 |
| 02/21/2024 | E-FILE PAYMENT | Receipt # EF-2024-06805 | WRIGHT, JONATHAN | (185.00) |