UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JONATHAN WRIGHT,**

   *Plaintiff,*

**v.**                                                            Case No.: **8:24-cv-662-MSS-CPT**

**EQUIFAX INFORMATION SERVICES LLC,**

   *Defendants.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on April 30, 2024.

                                                                                   /s/ *Fethullah Gulen*
                                                                                    Fethullah Gulen, Esq.
                                                                                   Florida Bar Number: 1045392
                                                                                  Seraph Legal, P. A.
                                                                                  2124 W Kennedy Blvd., Suite A
                                                                                  Tampa, FL 33606
                                                                                  (813) 567-1230
                                                                                  FGulen@SeraphLegal.com
                                                                                  *Counsel for Plaintiff*